IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEVELOPERS DIVERSIFIED REALTY CORP., | ) CASE NO. 1:06-CV-0234 ) |
| Plaintiff, | ) Judge Sara Lioi ) Magistrate Judge Vecchiarelli ) |
| v. | ) ) |
| DR. NICHOLAS S. VIDALAKIS, et al., | ) **JOINT STIPULATION OF** ) **DISMISSAL OF ALL CLAIMS AND** ) **COUNTERCLAIMS WITH** |
| Defendants. | ) **PREJUDICE** |

Plaintiff-Counterclaim Defendant Developers Diversified Realty Corp., Defendants-Counterclaim Plaintiffs Dr. Nick S. Vidalakis, individually and as trustee for the Nick S. and Nancy G. Vidalakis Family Trust; Nancy G. Vidalakis, trustee for the Nick S. and Nancy G. Vidalakis Family Trust; Perry N. Vidalakis, individually and as trustee for the Perry N. Vidalakis Revocable Trust; John N. Vidalakis, individually and as trustee for the John N. Vidalakis Revocable Trust; Nicole K. Vidalakis, trustee for the Nicole K. Vidalakis Revocable Trust; George N. Vidalakis, trustee for the George N. Vidalakis Revocable Trust; J. Rees Jensen, and JRJ Investments, L.C. and Counterclaim Defendants Scott Wolstein, Dean Adler, Terrance Ahern, William Schafer, James Schoff, Joan Allgood, David Jacobstein and Robert Gidel (collectively the "Parties"), pursuant to Rule 41(a) and (c), jointly agree and request that the Court enter an order dismissing all of the claims and counterclaims pending in this action with

{00379208.DOC;1 }

prejudice, each of the Parties agreeing to bear his, her or its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Mark I. Wallach | /s/ Steven S. Kaufman |
| Mark I. Wallach (#0010948) | Steven S. Kaufman (#0016662) |
| *mwallach@calfee.com* | *Steven.Kaufman@ThompsonHine.com* |
| Tracy S. Johnson (#0064579) | Jennifer A. Lesny Fleming (#0062083) |
| *tjohnson@calfee.com* | *Jennifer.Fleming@ThompsonHine.com* |
| Fritz E. Berckmueller (#0081530) | THOMPSON HINE LLP |
| *fberckmueller@calfee.com* | 3900 Key Center |
| CALFEE, HALTER & GRISWOLD LLP | 127 Public Square |
| 1400 KeyBank Center | Cleveland, Ohio 44114-1291 |
| 800 Superior Avenue | (216) 566-5500 (Phone) |
| Cleveland, Ohio 44114 | (216) 566-5800 (Fax) |
| (216) 622-8200 | |
| (216) 241-0816 (fax) | *Attorneys for Plaintiff-Counterclaim Defendant Developers Diversified Realty Corporation and Counterclaim Defendants Scott Wolstein, Dean Adler, Terrance Ahern, William Schafer, James Schoff, Joan Allgood, David Jacobstein and Robert Gidel* |
| *Attorneys for Defendants-Counterclaim Plaintiffs Dr Nick S. Vidalakis, Nancy G. Vidalakis, Perry N. Vidalakis, John N. Vidalakis, Nicole K Vidalakis, George N. Vidalakis, J. Rees Jensen and JRJ Investments LC* | |

**IT IS SO ORDERED**.

Dated: September 8, 2008

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**